# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAREEM SMITH,

    Plaintiff.

    v.

NURSE NANCY, *et al.*,

    Defendants.

No. 4:18-CV-02009

(Judge Brann)

## ORDER

### SEPTEMBER 4, 2019

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that:

1.  Martin's motion for summary judgment (Doc. 11) is **GRANTED**;

2.  The action against Unserved Defendants is **DISMISSED** without prejudice, in accordance with Fed. R. Civ. P. 4(m);

3.  Smith's requests for the entry of default judgment (Docs. 17, 19) are **DENIED**; and

4.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge